IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 PM 1: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MARILYN JOHNSON, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 00-2608 |
| ) | |
| CITY OF MEMPHIS, et al, ) | |
| ) | |
| Defendants. ) | |
| FLORENCE BILLINGSLEY, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Consolidated Nos. |
| v. ) | 04-2013 |
| ) | 04-2017 |
| CITY OF MEMPHIS, et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON TRIAL SCHEDULE

The trial of these matters will proceed in accordance with the Trial Schedule set forth below:

**DATE**                          **TIME**

**Week One:**

Monday, July 11, 2005             9:00 a.m. - 12:30 p.m.
                                  2:00 p.m. - 5:00 p.m.

Tuesday, July 12, 2005            9:00 a.m. - 12:30 p.m.
                                  2:00 p.m. - 4:45 p.m.

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

| | |
|---|---|
| Wednesday, July 13, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Thursday, July 14, 2005 | 9:00 a.m. - 12:30 p.m. |
| Friday, July 15, 2005 | Off |

**Week Two:**

| | |
|---|---|
| Monday, July 18, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Tuesday, July 19, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Wednesday, July 20, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Thursday, July 21, 2005 | 1:00 p.m. - 5:30 p.m.* (tentative) |
| Friday, July 22, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m.* (tentative) |

**Week Three:**

| | |
|---|---|
| Monday, July 25, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Tuesday, July 26, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Wednesday, July 27, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Thursday, July 28, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |
| Friday, July 29, 2005 | 9:00 a.m. - 12:30 p.m.<br>2:00 p.m. - 5:00 p.m. |

---

* Hearings in a criminal matter are currently scheduled for July 21-22; thus, for speedy trial reasons, the civil trial may not go forth on these dates. The Court will notify the parties as soon as possible whether the trial will be heard on July 21 and 22.

2

All parties are urged to communicate and prepare to present the evidence as efficiently as possible.

**IT IS SO ORDERED** this 6th day of July 2004.

*[signature]*
**BERNICE BOUIE DONALD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CV-02013 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Sharon Harless Loy
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

Ricky E. Wilkins
LAW OFFICE OF RICKY E. WILKINS
119 S. Main St.
Ste. 700
Memphis, TN 38103

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Honorable Bernice Donald
US DISTRICT COURT